———————

No. 95-4057

———————

Shelby Harris,                          *
                                        *
            Appellant,                  *
                                        *
      v.                                *
                                        *
Kelly Lock, Superintendent of           *     Appeal from the United States
CMCC; Cain, COIII; William              *     District Court for the
Barber, COI; Greg Mullarkey,            *     Western District of Missouri.
COI; Chambers, COI; Charles             *
Johnson, also known as Chuck            *            [UNPUBLISHED]
Johnson, COI; Pritchard,                *
Supervisor at CMCC,                     *
                                        *
            Appellees.                  *


———————

                 Submitted:  October 22, 1996

                     Filed:  October 31, 1996
                 ———————

Before BOWMAN, MAGILL, and LOKEN, Circuit Judges.
                 ———————

PER CURIAM.


      Shelby  Harris,  a  Missouri  prisoner,  appeals  from  the  District
Court's[1] grant of summary judgment to defendant prison officials in his 42
U.S.C. § 1983 action.  Having reviewed the record and the parties' briefs,
we conclude the judgment of the District Court was correct.  Accordingly,
we affirm.  See 8th Cir. R. 47B.

———————

      [1]The Honorable Scott O. Wright, United States District Judge
for the Western District of Missouri.

A true copy.

Attest:

      CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.